UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROME TALLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEN SIAS, DAVID W PETERSON, COREEN E SCHNEPF, JEANETTE, M DALTON, ANNA M LAURIE,<br><br>　　　　Defendants. | NO. **CV-15-5501-LRS**<br><br>**ORDER DENYING APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

　　Having reviewed the Report and Recommendation of U.S. Magistrate Judge Richard Creatura (ECF No. 6) and no objections having been filed thereto, and based on its review of the remaining record, **IT IS ORDERED**:

　　1) The Court **ADOPTS** the Report and Recommendation in its entirety;

　　2) Plaintiff's application to proceed *in forma pauperis* is (ECF No. 3) is **DENIED**;

　　3) If Plaintiff intends to pursue his Complaint, he must pay the $400 filing fee to proceed with his action. Plaintiff shall have thirty (30) days from the entry of this order to pay the $400 filing fee. **FAILURE TO PAY THE FILING FEE WITHIN THE TIME ALLOWED WILL RESULT IN THE DISMISSAL OF PLAINTIFF'S COMPLAINT AND THIS ACTION**.

//
//

**ORDER DENYING APPLICATION
TO PROCEED** *IN FORMA PAUPERIS***- 1**

4) All pending motions filed by Plaintiff are **DISMISSED** as moot.

**IT IS SO ORDERED.** The District Court Executive shall enter this order and forward a copy of the same to the Plaintiff.

**DATED** this   24th   day of September, 2015.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior U. S. District Court Judge

**ORDER DENYING APPLICATION
TO PROCEED** *IN FORMA PAUPERIS*- **2**